**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-455** |
| **v.** | : | **DATE FILED: January 8, 2026** |
| **DANTE SHACKLEFORD**<br>**MUJAHID DAVIS** | : | **VIOLATIONS:**<br>**18 U.S.C. § 1951(a) (robbery and attempted robbery which interferes with interstate commerce – 5 counts)**<br>**18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 2 counts)**<br>**18 U.S.C. § 2 (aiding and abetting)**<br>**Notices of forfeiture** |

**SUPERSEDING INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Brink's U.S., a division of Brink's, Incorporated, whose headquarters are in Coppell, Texas, with locations throughout the United States, including in Philadelphia, in the Eastern District of Pennsylvania, was a business engaged in and affecting interstate commerce by providing customers with armored transportation services, under which Brink's transports U.S. currency and other valuables between an individual customer's location and/or the customer's bank or financial institution.

2. On or about July 2, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MUJAHID DAVIS**

and others, known and unknown to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery,

in that defendant DAVIS, and others, unlawfully took and obtained, and aided and abetted the unlawful taking of, approximately $3,125 United States currency in the custody of Brink's U.S., and the employee's duty firearm, from an employee of that business, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property, that is, by brandishing firearms at the employee, and stealing United States currency.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 2, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**MUJAHID DAVIS**

and others known and unknown to the grand jury, knowingly used and carried, and aided and abetted the use and carrying of, firearms during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, robbery which interferes with interstate commerce, and aiding and abetting, in violation of Title 18, United States Code, Sections 1951(a) and 2, as charged in Count One of this superseding indictment, and the firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Brink's U.S., a division of Brink's, Incorporated, whose headquarters are in Coppell, Texas, with locations throughout the United States, including in Philadelphia, in the Eastern District of Pennsylvania, was a business engaged in and affecting interstate commerce by providing customers with armored transportation services, under which Brink's transports U.S. currency and other valuables between an individual customer's location and/or the customer's bank or financial institution.

2. On or about July 15, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DANTE SHACKLEFORD and**
**MUJAHID DAVIS**

and others, known and unknown to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendants SHACKLEFORD and DAVIS, and others, attempted to unlawfully take and obtain, and aided and abetted the attempted unlawful taking of, United States currency in the custody of Brink's U.S., from an employee of that business, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property, that is, by brandishing firearms at the employee, and attempting to steal United States currency.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Brink's U.S., a division of Brink's, Incorporated, whose headquarters are in Coppell, Texas, with locations throughout the United States, including in Philadelphia, in the Eastern District of Pennsylvania, was a business engaged in and affecting interstate commerce by providing customers with armored transportation services, under which Brink's transports U.S. currency and other valuables between an individual customer's location and/or the customer's bank or financial institution.

2. On or about July 22, 2025, in Elkins Park, in the Eastern District of Pennsylvania, defendant

**DANTE SHACKLEFORD**

and others, known and unknown to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendant SHACKLEFORD, and others, attempted to unlawfully take and obtain, and aided and abetted the attempted unlawful taking of, United States currency in the custody of Brink's U.S., from an employee of that business, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property, that is, by brandishing firearms at the employee, and attempting to steal United States currency.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Brink's U.S., a division of Brink's, Incorporated, whose headquarters are in Coppell, Texas, with locations throughout the United States, including in Philadelphia, in the Eastern District of Pennsylvania, was a business engaged in and affecting interstate commerce by providing customers with armored transportation services, under which Brink's transports U.S. currency and other valuables between an individual customer's location and/or the customer's bank or financial institution.

2. On or about August 12, 2025, in Elkins Park, in the Eastern District of Pennsylvania, defendant

**DANTE SHACKLEFORD and**
**MUJAHID DAVIS**

and others, known and unknown to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendants SHACKLEFORD and DAVIS, and others, unlawfully took and obtained, and aided and abetted the unlawful taking of, approximately $119,100 United States currency in the custody of Brink's U.S., and the employee's duty firearm, from an employee of that business, against her will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person and property, that is, by brandishing firearms at the employee, and stealing United States currency.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT SIX**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 12, 2025, in Elkins Park, in the Eastern District of Pennsylvania, defendants

**DANTE SHACKLEFORD and**
**MUJAHID DAVIS**

and others known and unknown to the grand jury, knowingly used and carried, and aided and abetted the use and carrying of, firearms during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, robbery which interferes with interstate commerce, and aiding and abetting, in violation of Title 18, United States Code, Sections 1951(a) and 2, as charged in Count Five of this superseding indictment, and the firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT SEVEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Brink's U.S., a division of Brink's, Incorporated, whose headquarters are in Coppell, Texas, with locations throughout the United States, including in Philadelphia, in the Eastern District of Pennsylvania, was a business engaged in and affecting interstate commerce by providing customers with armored transportation services, under which Brink's transports U.S. currency and other valuables between an individual customer's location and/or the customer's bank or financial institution.

2. On or about October 3, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DANTE SHACKLEFORD and**
**MUJAHID DAVIS**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendants SHACKLEFORD and DAVIS attempted to unlawfully take and obtain, and aided and abetted the attempted unlawful taking of, United States currency in the custody of Brink's, U.S., from an employee of that business, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property, that is, by brandishing firearms at the employee, and attempting to steal United States currency.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**NOTICE OF FORFEITURE No. 1**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 1951(a), set forth in this indictment, defendant

**DANTE SHACKLEFORD and**
**MUJAHID DAVIS**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $122,225.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

**NOTICE OF FORFEITURE No. 2**

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 1951(a), set forth in this indictment, defendant

**DANTE SHACKLEFORD and**
**MUJAHID DAVIS**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to:

1. One Glock 17 pistol loaded with various rounds of ammunition and
2. One ET Arms Inc. Omega P-1, .556 caliber rifle, bearing serial number EP00236, loaded with 53 live rounds of 5.56 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

[redacted]

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*__________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania
Criminal Division

THE UNITED STATES OF AMERICA
vs.

**DANTE SHACKLEFORD**
**MUJAHID DAVIS**

SUPERSEDING INDICTMENT
**Counts**

**18 U.S.C. § 1951(a) (robbery and attempted robbery which interferes with interstate commerce – 5 counts)**

**18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 2 counts)**

**18 U.S.C. § 2 (aiding and abetting)**

[redacted]

Bail, $__________