IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUPERSEDING INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia  County: Philadelphia

City and State of Defendants: Philadelphia, PA

County: Philadelphia  Register number: Shackleford 23135-506 & Davis 17908-512

Place of accident, incident, or transaction: Eastern District of Pennsylvania

Post Office: Philadelphia and Elkins Park  County: Philadelphia and Montgomery County

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

NO

Case Number:  Judge:

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust

2. ○ Income Tax and other Tax Prosecutions

3. ○ Commercial Mail Fraud

4. ○ Controlled Substances

5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6. ◉ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

**18 U.S.C. § 1951(a) (robbery and attempted robbery which interferes with interstate commerce – 5 counts)**
**18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 2 counts); 18 U.S.C. § 2 (aiding and abetting); Notices of Forfeiture**

DATE: 01/08/2026

*/s/ Robert E. Eckert*
Robert E. Eckert
Kwambina Coker
Assistant United States Attorneys

File No. 2025R00514
U.S. v. Dante Shackleford, Mujahid Davis