**Printed** 4/11/2025

# Student Transcript

Mastery Charter Schools

**Student Name :** Shackleford, Dante'
**Student ID :** [redacted]
**Student Address :** [redacted]

Simon Gratz High School
1798 West Hunting Park Ave.
Philadelphia, PA 19140
(215) 227-4408

**Principal :** Erik Zipay

| Student: | Shackleford, Dante' | Birth Date: | [redacted] | Graduation Date: | 6/13/2018 |
|---|---|---|---|---|---|

**Year :** 2014-15 **Building :** Simon Gratz High School **Grade :** 09

| Course | SEM1 | SEM2 | SS | Credit |
|---|---|---|---|---|
| African-American History | 76 | 67 | | 0.50 |
| African-American History | | | 76 | 0.50 |
| Algebra I | 85 | 86 | | 1.00 |
| Art 9 | | | 76 | 0.50 |
| Literature 9 | 76 | 74 | | 0.50 |
| Literature 9 | | | 76 | 0.50 |
| Music 9 | 85 | 84 | | 0.25 |
| Physical Education 9 | 100 | | | 0.50 |
| Physical Science | 75 | 79 | | 1.00 |

**Weighted GPA :** 2.06 **Credit :** 5.25

**Year :** 2015-16 **Building :** Simon Gratz High School **Grade :** 10

| Course | YR | SS | Credit |
|---|---|---|---|
| Biology | 77 | | 1.00 |
| College Prep Literature A | 84 | | 1.00 |
| Geometry | 86 | | 1.00 |
| Internship Practicum | 100 | | 0.25 |
| Mod World History | 78 | | 1.00 |
| Physical Education | 84 | | 1.00 |
| Sophomore Seminar: Internship | 78 | | 0.50 |

**Weighted GPA :** 2.75 **Credit :** 5.75

**Year :** 2016-17 **Building :** Simon Gratz High School **Grade :** 11

| Course | YR | SS | Credit |
|---|---|---|---|
| Algebra II * | | | |
| Chemistry * | | | |
| Instrumental Music * | | | |
| Junior Seminar * | | | |
| Literature 11 * | | | |
| Physical Education 12 * | | | |
| Spanish I * | | | |
| US History * | | | |

**Weighted GPA :** **Credit :**

**Year :** 2017-18 **Building :** Simon Gratz High School **Grade :** 12

| Course | YR | SS | Credit |
|---|---|---|---|
| Literature 12 | 77 | | 1.00 |
| Pre-Calculus | 80 | | 1.00 |
| Senior Seminar: College Prep | 76 | | 0.50 |
| Spanish II | 80 | | 1.00 |
| US History | 92 | | 1.00 |

**Weighted GPA :** 2.74 **Credit :** 4.50

| | |
|---|---|
| **Career Weighted GPA** | 2.48 |
| **Career Unweighted GPA** | 2.48 |
| **Total Credit** | 15.50 |

College Advisor : ______________ Date : 4/24/25

NOT OFFICIAL WITHOUT SIGNATURE AND SCHOOL SEAL

(PLACE SEAL HERE)

EXHIBIT B