To the Honorable Judge,

My name is Daynette DeLoatch, and I am the oldest of three boys. Dant'e Shackleford is my youngest brother, and I would like to share with the Court the person I have known my entire life.

When Dant'e was born, he cried for almost a week straight. I was only 11 years old when my mom asked me what to do, I responded "I don't know, take him to the doctor." She did, and the doctors told her he was severely constipated and that waiting any longer could have cost him his life.

Growing up, Dant'e was everyone's favorite. He had the cutest smile, an outgoing personality, and people naturally gravitated toward him. He loved sports, even though he was always getting hurt and earning the nickname of my mom's "hospital child." No matter how many fractures or injuries he had, he always got back up and kept going.

As he got older, Dant'e knew exactly what he wanted to do. He enjoyed math and decided to become an Electrician. After graduating from high school, he attended Orleans Technical College, earned his Electrician Certification and OSHA 10 certification, and began working in his trade. He was especially proud to have worked on several Lidl stores in South Jersey before they opened.

In 2023, life changed for all of us because our mom, the protector and provider of our immediate family was no longer here. Even as adults, she continued to guide us because she always said, "You're a parent until you pass, no matter how old your children are." She truly lived by those words.

When she was no longer here, the spark in all of us faded. We were left in this world like an open wound that never seemed to heal, making our spirits susceptible to anything and everything. People often say that a parent is supposed to go before their children, but they don't tell you that every family's experience with grief is unique. Not everyone bounces back, and sometimes healing doesn't feel like an option.

When I was 24 years old, I was enjoying life with my college friends while still having the comfort of talking to our mom every day. She was the kind of parent who couldn't sleep until she knew her children were safe. Dante's 24 looked very different. His housing was gone, the guidance he had always depended on no longer existed, and life became very real, very fast.

I understand that grief does not excuse the choices that brought Dant'e before this Court, and he is responsible for his actions. I simply ask that the Court consider the whole person before you, not just the offense. Sometimes we judge a person's decisions without knowing the choices they were facing.

EXHIBIT J-1

I respectfully ask the Court to consider the whole person standing before you, not just the offense. I ask for mercy and leniency as you determine Dante's sentence. If it is within the Court's discretion, I would also be grateful if he could be designated to a facility closer to Philadelphia, such as one in New Jersey, so our family can continue to support him throughout his incarceration.

Thank you

Daynette DeLoatch