Denise James
[redacted]

Honorable Gail A. Weilheimer
U.S. District Court Judge
601 Market Street
Philadelphia, PA 19106

Re: Dante Shackleford

Dear Judge Weilheimer,

My name is Denise James. I am a journalist-turned-professor who teaches at Temple University. I am submitting this character reference for Danté Shackleford.
I've known Danté since he was born. When just a couple of months old, he slept on my chest for comfort. While we're not related by DNA, we are connected by the culture of the village that rears a child. He has called me “Aunt Denise” since he could talk.

Danté was always a kind, thoughtful, affectionate child who loved to laugh and be helpful. If I was painting a room, 5-year-old Danté wanted to pitch in and proudly did so. If I was preparing a meal, he would rather help than watch TV. When a neighbor got locked out of her house during a Halloween pumpkin carving, instead of having to call a locksmith, little Danté volunteered to be lifted up to climb through a window, despite the awaiting dog inside, and open the neighbor's door. He's always been a giving soul. While some children were a handful, Danté was always a pleasure to have around.

Then things changed. His older teenage brother was murdered in front of their house. Danté, who was playing down the street, heard the gunfire, ran to the house, and saw the bloody scene. The family learned the shooter planned to come back for his sister Daynette, who had witnessed the shooting. The traumatized family moved out within 24 hours.

Their lives were destabilized. They moved several times in the coming months and years. Danté's traumatized sister, who could no longer handle loud noises or the unknown, cancelled her college plans. His other brother began exhibiting rebellious and risky behavior. Danté became quiet and stayed “under” his mom a lot. Mom, who continued working, began self-medicating with alcohol and prescription pills.

Soon, Danté's school began sending notes home. The boy who once loved learning was not doing well. He was playing around, not doing his work, and couldn't explain why.

Eventually, he got through school and began learning electrical work. Then his mom got sick and died of cancer, and he seemed to seek a sense of belonging and support with friends who were very different from those he'd grown up with. I'm not saying they were responsible for the choices Danté made. I am saying his mental state seemed to contribute to him quietly making counterproductive and destructive decisions. When his mother was alive, he consulted with her about his friends and his decisions. He had been her baby. While I am no psychologist, I suspect the little boy who had been an immeasurably proud young godfather to his little cousin Nzinga had become a young man with undiagnosed and untreated depression and PTSD.

This brings us to today. I see the kind, thoughtful Danté resurfacing. Now he's talking about his feelings. I sense he will do some healing, growing, and skill-building while incarcerated. When released, I am confident he will be a valuable contributor to his family and community. He can be someone who helps other young people. As a teacher myself, I know his light-handed approach will resonate with young people. With his experience and knowledge, he can mentor young people. His understanding of trauma, depression, loss and recovery will position him to be someone I would want influencing young people in my neighborhood.

I hope he knows countless people love him and will be poised to support the next leg of his journey. I will be among them.

Thank you for taking the time to read my input on Danté's past and his potential future. I am unable to attend his hearing because I'll be mentoring students at a journalism convention in Atlanta, but I wanted the court to hear my voice on his behalf.

Please feel free to contact me with any questions.

Respectfully,

Denise M. James