Cynthia Anderson
[redacted]

Honorable Gail A. Weilheimer
U.S. District Court Judge
601 Market Street
Philadelphia, PA 19106

Re: Dante Shackleford

Dear Judge Weilheimer,
I am Dante's Aunt. His mother was my sister. I have known Dante since his birth. Dante has always been a kind and caring person. Dante is the youngest of 4. He has been my sister's baby. Dante has been the young man to help a neighbor with groceries, sweep up in front of everyone's house and shovel snow, dig out or help dig out our cars after a snowstorm. This was not something that he had to be told to do, it was something that he wanted to do and helping came naturally. Dante has always been helpful and respectful. At the age of 9 Dante was asked to be the Godfather of his little cousin. He proudly accepted. He looked after her every chance he got without fail. Dante did not take his duties as a Godfather lightly. We celebrated him on Father's Day and he loved it.

At age 7 Dante witnessed the murder of his oldest brother in front of their home. It was hard for him to process what he saw and what was going on around him. It was tragic, his brother was a witness to their neighbor's murder and the murders shot him. They moved out of the family house and out of the neighborhood. Dante had to start a new school and make new friends. Dante's mother did her very best to take care of him and direct her son, she kept him close.

Dante was very excited to go to trade school after high school. He knew he wanted to be an electrician. Dante was motivated, positive and committed. He completed school and began working, building his confidence and getting the experience he needed. I was very proud of him.

EXHIBIT J-3

In 2022 Dante's mom was diagnosed with pancreatic cancer. She began very aggressive chemotherapy which depleted everything in her. Dante was her only child that still lived at home. He witnessed the good and bad days. I truly believe that his mother was his best friend. Dante was very afraid and lived in a state of uncertainty. He witnessed his mother sick in the middle of the night, needing help go and coming back from the bathroom. Dante supported her throughout her sickness. As she transitioned to radiation therapy all with the hope of her tumor shrinking. After months of treatments and COVID that she got from one of her treatment visits, her cancer had advanced and spread. She was devastated and so was Dante. All of us were devastated. Dante did his best to help his mother. She passed 15 months after diagnosis.

I know Dante is still struggling with the passing of his mother and may very well feel lost without her. Dante has made a terrible mistake in getting involved in a crime. This is not the nice young man I know. Dante expressed remorse for his decisions and that he realized that he had gotten totally off base and was not himself. Dante having a job working in the kitchen while in jail, is the Dante I know.

Dante is a father now and I know his intention was not to be an absentee father like he had. Given an opportunity to return to his family, I know he would be a great father, and I am confident that he will make necessary changes and take accountability for his life and decisions for his family. Dante is not a bad person. He's made bad decisions and I know he has learned from those decisions. I ask for grace on Dante's behalf, and I pray that he will be placed close to Philadelphia so that his family can visit.

Thank you for your time and consideration.

Sincerely,

*Cynthia Anderson*

EXHIBIT J-3