Brittany Forbes, [redacted]

Honorable Gail A. Weilheimer
U.S. District Court Judge
601 Market Street
Philadelphia, PA 19106

Re: Dante Shackleford

Dear Judge Weilheimer,

I am Dante's cousin, nine years older than him. We grew up calling each other twin because we looked so much alike and were often mistaken for siblings. I am sure that in many of the letters you have received, Dante is known as the baby. He has always been respectful, witty, an old soul, and a smart young man. Somehow he managed to keep a napping schedule from toddlerhood well into adulthood. No matter what family gathering was happening, you could count on Dante being tucked away somewhere taking a nap in the middle of the laughter, jokes, and plate passing. His mother called him Shorty, the last of the Mohicans. Dante has always been willing to help, to show up for family moments, and to learn something new whenever he could. When I lived in Philadelphia, I ran a business and hosted a clothing drive. We were overwhelmed by the outpouring of donations. Newly licensed, Dante offered to help pick up items across the city. I trusted him, and he made several trips while we sorted and labeled everything.

He also took one of the quickest turnaround trips of my life with me. I had a last minute opportunity to move to North Carolina. I had a job interview at ten in the morning and an apartment tour at one in the afternoon. Dante rode eight and a half hours with me, slept in the car while I went inside for my interview, and we made it to the hospital with just enough time for me to change clothes. We had breakfast and headed to the apartment tour. I put down my deposit, he helped me clean the apartment, and we celebrated that win together. I got the job. We slept on the floor of my new place and then drove straight back to Philly in time for our cousin's birthday celebration.

Dante has always stayed close to family, especially his mother. Losing his older brother changed all of us, but Dante was the youngest at the time and no one truly explored how that loss affected him. There were signs. He slept in his mother's room from that point forward until he graduated high school. It was unusual for a teenage boy, but trauma shows up differently, and clinging to his mother, his protector and safe place, was how he coped. The recent loss of his mother is an open wound for our entire family. We rarely talk about the experience. Instead, we try to focus on positive memories. Dante lived in the home during her year-long battle with cancer. He witnessed nights when she was sick, weak, and in pain. These were moments most mothers would never want their child to see. He saw her at her most vulnerable. Dante has expressed deep remorse for his actions. He understands the impact not only on himself, but on his

family, his son, and his community. The young man I know is kind, helpful, loyal, and deeply connected to the people he loves. He has endured significant loss, yet he continues to show the same heart he has always had.