Tawaya Murphy

[redacted]

Honorable Gail A. Weilheimer

U.S. District Court Judge

601 Market Street

Philadelphia, PA.19106

RE: Dante Shackleford

Dear Judge Weilheimer

I am Tawaya Murphy known as Dante Aunt Mi-MI. I retired as a Correctional Officer for 24 years. I worked for the Department Corrections at SCI Chester. I known Dante from the day he been born. The day his mother brought him home. I watch him grown up to be a fine and loving man that loves life. My nephew graduated from high school and later apply to become an Electric. Dante always had a smile on his face happy and helpful person. He loves his family and was very close to his mother which was a heartful disappointment in his life that he had to live with after her passing. Dante always hangs out with his big cousins. My daughter was getting married and my son was supposed to give her away but he was running very late. My daughter asks him to give her away he answer yes with no hesitation. We as a family was so proud of him. This is the kind of person he is very helpful and loving. When ever we had got together as a family, he always helps set up for family events and clean up afterwards. Since Dante had his son. He expresses that he going to be the father ever and teach him the things his father didn't teach him. He also expresses that in the near future that he going to better decision because its now about his son Mazi Shackford.

Thank you

Tawaya Murphy