**Angie Levy**

---

**From:** Jean Phillips [redacted]>
**Sent:** Monday, August 3, 2026 12:21 PM
**To:** Angie Levy
**Subject:** State v. Dante Shackleford

You don't often get email from [redacted] Learn why this is important

Good Morning Ms. Levy:

With regard to above, please note that the Haddon Heights case was presented to the prosecutor and went before the judge today. The outstanding case of S 2019 62 has been dismissed.

JEAN PHILLIPS, CMCA

AUDUBON/HADDON HEIGHTS COURTS/GIBBSBORO

606 W. NICHOLSON RD., AUDUBON, NJ 08106

[redacted]



EXHIBIT K