D-6

**Angie Levy**

**From:** fatema padgett [redacted] >
**Sent:** Monday, August 10, 2026 5:32 PM
**To:** Angie Levy
**Subject:** Dante Shackleford

You don't often get email from [redacted] Learn why this is important

EXTERNAL SENDER

Dear Judge Weilheimer,

I am writing this letter on behalf of Dante Shackleford to ask that you would consider his positive qualities and his character. My name is Fatema Padgett; I am 1 of Dante sisters on his dad side. Growing up I remember Dante being so outgoing, caring, humble, respectful, ambitious and compassionate. Dante was an active kid who loved sports. Dante has played Baseball, Basketball, and football. Dante was always big on Family and Friends and showing up when it mattered most, Like Prom's, Graduations, baby showers, Birthdays, etc. On November 11, 2025, Dante entered a new stage in his life. He and his girlfriend welcomed their Baby boy! due to his current situation Dante was not able to be there to support her or witness his first child being born. I am not here to justify Dante's actions whatso ever, I am just asking that when sentencing him that you consider my perspective. (1) Dante is a good person, (2) Dante has made it clear to me that he is remorseful, (3) I think that this situation has had a significant impact on Dante, and I believe He is capable of learning from it and moving forward in a positive direction. We are all human and we tend to make mistakes in life, but those mistakes should not define who we are. I want to thank you! for your time, your service and your thoughtful consideration of My letter.



EXHIBIT J-6